UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
LOPEZ, AGUSTINA E                   §    Case No. 09-12681
                                    §
           Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/20/2013 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/09/2013          By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
LOPEZ, AGUSTINA E                   §     Case No. 09-12681
                                    §
           Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 10,500.50 |
| and approved disbursements of | $ 190.79 |
| leaving a balance on hand of[1] | $ 10,309.71 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,542.98 | $ 0.00 | $ 1,542.98 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 14.76 | $ 0.00 | $ 14.76 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,557.74 |
| Remaining Balance | $ 8,751.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,019.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 3,895.46 | $ 0.00 | $ 3,895.46 |
| 000002 | Chase Bank USA NA | $ 325.81 | $ 0.00 | $ 325.81 |
| 000003 | Chase Bank USA NA | $ 1,047.21 | $ 0.00 | $ 1,047.21 |
| 000004 | Midland Funding LLC | $ 750.57 | $ 0.00 | $ 750.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,019.05 |
| | Remaining Balance | | | $ 2,732.92 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 162.21 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,570.71 .

Prepared By: /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 09-12681-BWB
Agustina E Lopez                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 1              Date Rcvd: Nov 13, 2013
                              Form ID: pdf006             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
db           +Agustina E Lopez,    209 Vernon Drive,    Bolingbrook, IL 60440-2422
13767469      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13767470      Card Member Service,    PO Box 15298,    Wilmington, DE 19850-5298
16687336      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
19931757      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
13767473      Sears Premier Card,    PO Box 6283,    Sioux Falls, SD 57117-6283
13767474     +Target National Bank,    c/o Target Credit Services,    PO Box 1581,    Minneapolis, MN 55440-1581
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20320027       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2013 03:45:12
                American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK 73124-8866
16648679       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2013 03:54:22
                American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
17037693       E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 03:51:16      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13767472      +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2013 03:54:40      JcPenny,
                Attn: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
19931758       E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 03:46:08
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13767471     ##+Fashion Bug,    PO Box 84073,    Columbus, GA 31908-4073
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2013 at the address(es) listed below:
              Alonzo H Zahour    on behalf of Defendant Heraclio  Serna ahzlawyer@aol.com
              Alonzo H Zahour    on behalf of Defendant Agustina E Lopez ahzlawyer@aol.com
              Alonzo H Zahour    on behalf of Debtor Agustina E Lopez ahzlawyer@aol.com
              Bradley J Waller    on behalf of Plaintiff Bradley J Waller bjwtrustee@ksbwl.com,
               bwaller@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 6