# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
LOPEZ, AGUSTINA E § Case No. 09-12681
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 09-12681    Doc 40    Filed 03/04/14    Entered 03/04/14 13:35:21    Desc Main
                            Document      Page 2 of 15

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Peter N. Metrou, Trustee_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-12681 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | | | Date Filed (f) or Converted (c): | 04/09/09 (f) |
| | | | | 341(a) Meeting Date: | 06/01/09 |
| For Period Ending: | 02/04/14 | | | Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase checking held with daughter | 233.00 | 0.00 | | 0.00 | FA |
| 2. 1 Bed, Dresser, Armoire, TV | 200.00 | 0.00 | | 0.00 | FA |
| 3. Wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 4. 401k | 48,000.00 | 0.00 | | 0.00 | FA |
| 5. ESOP | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 1984 Chrysler New Yorker LH 4 door | 0.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent Conveyance (u) | 10,000.00 | 0.00 | | 10,500.00 | FA |
| 8. Chase Checking | 60.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.50 | FA |
| TOTALS (Excluding Unknown Values) | $59,743.00 | $0.00 | | $10,500.50 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Original TFR filed and withdrawn.  Amended TFR submitted for review by UST and upon approval, to be filed with the Court.

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 01/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3365 Money Market Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 02/04/14 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | 7 | Currency Exchange<br>275 S. Bolingbrook Dr.<br>Bolingbrook, IL 60440 | Compromise<br>DEPOSIT CHECK #1617898 | 1141-000 | 250.00 | | 250.00 |
| 05/17/10 | 7 | Currency Exchange<br>275 S Bolingbrook Dr<br>Bolingbrook, IL 60440 | Compromise<br>DEPOSIT CHECK #1622883 | 1141-000 | 250.00 | | 500.00 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 500.02 |
| 06/02/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2186 | 1141-000 | 250.00 | | 750.02 |
| 06/24/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2187 | 1141-000 | 250.00 | | 1,000.02 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,000.07 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,000.13 |
| 08/09/10 | 7 | Augstina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60550-2422 | Compromise<br>DEPOSIT CHECK #2188 | 1141-000 | 250.00 | | 1,250.13 |
| 08/27/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2189 | 1141-000 | 250.00 | | 1,500.13 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,500.19 |
| 09/28/10 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2190 | 1141-000 | 250.00 | | 1,750.19 |
| 10/29/10 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2192 | 1141-000 | 250.00 | | 2,000.19 |

Page Subtotals 2,000.19 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.04c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 09-12681 -BWB |
| Case Name: | LOPEZ, AGUSTINA E |
| Taxpayer ID No: | *******6156 |
| For Period Ending: | 02/04/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3365  Money Market Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/10 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #2193 | 1141-000 | 250.00 | | 2,250.19 |
| 12/29/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #2196 | 1141-000 | 250.00 | | 2,500.19 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,500.20 |
| 01/28/11 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #2197 | 1141-000 | 250.00 | | 2,750.20 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,750.22 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 2,750.24 |
| 03/01/11 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1008 | 1141-000 | 250.00 | | 3,000.24 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,000.26 |
| 04/27/11 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1016 | 1141-000 | 250.00 | | 3,250.26 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,250.28 |
| 05/27/11 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1017 | 1141-000 | 250.00 | | 3,500.28 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,500.30 |
| 06/28/11 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1018 | 1141-000 | 250.00 | | 3,750.30 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,750.32 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,750.34 |

Page Subtotals       1,750.15       0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                                     Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3  
Exhibit B

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3365  Money Market Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 02/04/14 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.19 | 3,743.15 |
| 08/29/11 | 7 | Agustina E Lopez 209 Vernon Drive Bolingbrook, IL 60440-2422 | Compromise DEPOSIT CHECK #1021 | 1141-000 | 250.00 | | 3,993.15 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,993.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,968.17 |
| 09/27/11 | 7 | Agustina E Lopez 209 Vernon Drive Bolingbrook, IL 60440-2422 | DEPOSIT CHECK #1022 | 1241-000 | 250.00 | | 4,218.17 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,218.20 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,193.20 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,193.23 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,168.23 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,168.26 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,143.26 |
| 12/05/11 | 7 | Klein Stoddard Buck Waller & Lewis LLC 2045 Aberdeen Court Sycamore, IL 60178 | Compromise DEPOSIT CHECK #71978 | 1241-000 | 750.00 | | 4,893.26 |
| 12/08/11 | 7 | Agustina E. Lopez 209 Vernon Dri Bolingbrook, IL 60440-2422 | Compromise DEPOSIT CHECK #1029 | 1241-000 | 250.00 | | 5,143.26 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,143.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,118.29 |
| 01/11/12 | 7 | Agustina E. Lopez 208 Vernon Drive Bolingbrook, IL 60440-2422 | Compromise DEPOSIT CHECK #1025 | 1241-000 | 250.00 | | 5,368.29 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,368.31 |
| 01/26/12 | | Transfer to Acct #*******3010 | Bank Funds Transfer | 9999-000 | | 5,368.31 | 0.00 |

Page Subtotals        1,750.16        5,500.50

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-12681 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3365  Money Market Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 02/04/14 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,500.50 | 5,500.50 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,368.31 | |
| | | | Subtotal | | 5,500.50 | 132.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,500.50 | 132.19 | |

Page Subtotals         0.00         0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3010 Checking Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 02/04/14 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******3365 | Bank Funds Transfer | 9999-000 | 5,368.31 | | 5,368.31 |
| 02/03/12 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | | 1241-000 | 250.00 | | 5,618.31 |
| 03/01/12 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | | 1241-000 | 250.00 | | 5,868.31 |
| 03/27/12 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | | 1241-000 | 250.00 | | 6,118.31 |
| 04/27/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 6,368.31 |
| 05/30/12 | 7 | Agustina E. Lopez | | 1241-000 | 250.00 | | 6,618.31 |
| 06/28/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 6,868.31 |
| 07/30/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 7,118.31 |
| 08/29/12 | 7 | Agustina E. Lopez | | 1241-000 | 250.00 | | 7,368.31 |
| 09/27/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 7,618.31 |
| 10/30/12 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | | 1241-000 | 250.00 | | 7,868.31 |
| 11/29/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 8,118.31 |
| 12/31/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 8,368.31 |
| 01/22/13 | 001001 | Peter Metrou, Bankruptcy Trustee<br>Estate of Augustina E. Lopez<br>123 W. Washington Street, Suite 216<br>Oswego, IL 60543 | | 9999-000 | | 8,368.31 | 0.00 |

Page Subtotals  8,368.31  8,368.31

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.04c

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3010  Checking Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 02/04/14 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,368.31 | 8,368.31 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,368.31 | 8,368.31 | |
| | | | Subtotal | | 3,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,000.00 | 0.00 | |

Page Subtotals       0.00       0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 17.04c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9793  Checking Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 02/04/14 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Bradley J. Waller, Trustee | | 9999-000 | 8,368.31 | | 8,368.31 |
| 02/04/13 | 7 | Agustina E. Lopez<br>209 Vernon Dr.<br>Bolingbrook, IL 60440-2422 | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 8,618.31 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND#016026455 | 2300-000 | | 8.19 | 8,610.12 |
| 03/06/13 | 7 | Agustine E. Lopez<br>209 Vernon Dr.<br>Bolingbrook, IL 604440-2422 | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 8,860.12 |
| 04/01/13 | 7 | LOPEZ, AGUSTINA E. | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,110.12 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 10.00 | 9,100.12 |
| 04/29/13 | 7 | AGUSTINA LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,350.12 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 10.00 | 9,340.12 |
| 05/23/13 | 7 | AGUSTINA E. LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,590.12 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 10.00 | 9,580.12 |
| 07/01/13 | 7 | AUGUSTINA E. LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,830.12 |
| 07/21/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 9,820.12 |
| 07/30/13 | 7 | AGUSTINA E. LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 10,070.12 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 7/13 | 2600-000 | | 10.41 | 10,059.71 |
| 08/29/13 | 7 | AGUSTINE E LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 10,309.71 |

Page Subtotals       10,368.31       58.60

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-12681 -BWB |
| Case Name: | LOPEZ, AGUSTINA E |
| Taxpayer ID No: | *******6156 |
| For Period Ending: | 02/04/14 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9793  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,368.31 | 58.60 | 10,309.71 |
| | | | Less:  Bank Transfers/CD's | | 8,368.31 | 0.00 | |
| | | | Subtotal | | 2,000.00 | 58.60 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,000.00 | 58.60 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********3365 | 5,500.50 | 132.19 | 0.00 |
| Checking Account - ********3010 | 3,000.00 | 0.00 | 0.00 |
| Checking Account - ********9793 | 2,000.00 | 58.60 | 10,309.71 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,500.50 | 190.79 | 10,309.71 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 04, 2014 |

Case Number:  09-12681
Debtor Name:  LOPEZ, AGUSTINA E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>2990-00 | BRADLEY J WALLER<br>85 TIGERT LANE<br>DEKALB, IL 60115 | Administrative | | $800.00 | $0.00 | $800.00 |
| 999<br>8200-00 | AGUSTINA E LOPEZ<br>209 VERNON DRIVE<br>BOLINGBROOK, IL 60440 | Unsecured | | $2,570.71 | $0.00 | $2,570.71 |
| 000001<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $3,895.46 | $0.00 | $3,895.46 |
| 000002<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $325.81 | $0.00 | $325.81 |
| 000003<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,047.21 | $0.00 | $1,047.21 |
| 000004<br>070<br>7100-00 | Midland Funding LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $750.57 | $0.00 | $750.57 |
| | Case Totals: | | | $9,389.76 | $0.00 | $9,389.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                           Exhibit D

Case No.: 09-12681  
Case Name: LOPEZ, AGUSTINA E  
Trustee Name: Peter N. Metrou, Trustee

      Balance on hand                                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |
| Other: BRADLEY J WALLER | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses       $_____

      Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ | $ | $ |
| 000002 | Chase Bank USA NA | $ | $ | $ |
| 000003 | Chase Bank USA NA | $ | $ | $ |
| 000004 | Midland Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be       percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $        . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $        .