UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
LOPEZ, AGUSTINA E § Case No. 09-12681
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Peter N. Metrou, Trustee _____
                                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| AGUSTINA E LOPEZ |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| WALLER, BRADLEY J | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Fashion Bug PO Box 84073 Columbus, GA 31908 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Premier Card PO Box 6283 Sioux Falls, SD 57117-6283 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000004 | MIDLAND FUNDING LLC | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | CHASE BANK USA NA | | | | | |
| | CHASE BANK USA NA | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-12681 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LOPEZ, AGUSTINA E | | | Date Filed (f) or Converted (c): | 04/09/09 (f) |
| | | | | 341(a) Meeting Date: | 06/01/09 |
| For Period Ending: | 06/24/14 | | | Claims Bar Date: | 04/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase checking held with daughter | 233.00 | 0.00 | | 0.00 | FA |
| 2. 1 Bed, Dresser, Armoire, TV | 200.00 | 0.00 | | 0.00 | FA |
| 3. Wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 4. 401k | 48,000.00 | 0.00 | | 0.00 | FA |
| 5. ESOP | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. 1984 Chrysler New Yorker LH 4 door | 0.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent Conveyance (u) | 10,000.00 | 0.00 | | 10,500.00 | FA |
| 8. Chase Checking | 60.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.50 | FA |
| TOTALS (Excluding Unknown Values) | $59,743.00 | $0.00 | | $10,500.50 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Original TFR filed and withdrawn. Amended TFR submitted for review by UST and upon approval, to be filed with the Court.

Initial Projected Date of Final Report (TFR): 03/31/14      Current Projected Date of Final Report (TFR): 02/04/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-12681 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | LOPEZ, AGUSTINA E | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3365 Money Market Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 06/24/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | 7 | Currency Exchange<br>275 S. Bolingbrook Dr.<br>Bolingbrook, IL 60440 | Compromise<br>DEPOSIT CHECK #1617898 | 1141-000 | 250.00 | | 250.00 |
| 05/17/10 | 7 | Currency Exchange<br>275 S Bolingbrook Dr<br>Bolingbrook, IL 60440 | Compromise<br>DEPOSIT CHECK #1622883 | 1141-000 | 250.00 | | 500.00 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 500.02 |
| 06/02/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2186 | 1141-000 | 250.00 | | 750.02 |
| 06/24/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2187 | 1141-000 | 250.00 | | 1,000.02 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,000.07 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,000.13 |
| 08/09/10 | 7 | Augstina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60550-2422 | Compromise<br>DEPOSIT CHECK #2188 | 1141-000 | 250.00 | | 1,250.13 |
| 08/27/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2189 | 1141-000 | 250.00 | | 1,500.13 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,500.19 |
| 09/28/10 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2190 | 1141-000 | 250.00 | | 1,750.19 |
| 10/29/10 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL 60440-2422 | Compromise<br>DEPOSIT CHECK #2192 | 1141-000 | 250.00 | | 2,000.19 |

Page Subtotals    2,000.19    0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-12681 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | LOPEZ, AGUSTINA E | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3365 Money Market Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 06/24/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/10 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #2193 | 1141-000 | 250.00 | | 2,250.19 |
| 12/29/10 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #2196 | 1141-000 | 250.00 | | 2,500.19 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,500.20 |
| 01/28/11 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #2197 | 1141-000 | 250.00 | | 2,750.20 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,750.22 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,750.24 |
| 03/01/11 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1008 | 1141-000 | 250.00 | | 3,000.24 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,000.26 |
| 04/27/11 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1016 | 1141-000 | 250.00 | | 3,250.26 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,250.28 |
| 05/27/11 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1017 | 1141-000 | 250.00 | | 3,500.28 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.30 |
| 06/28/11 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1018 | 1141-000 | 250.00 | | 3,750.30 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,750.32 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,750.34 |

Page Subtotals    1,750.15    0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3365  Money Market Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 06/24/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.19 | 3,743.15 |
| 08/29/11 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1021 | 1141-000 | 250.00 | | 3,993.15 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,993.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,968.17 |
| 09/27/11 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | DEPOSIT CHECK #1022 | 1241-000 | 250.00 | | 4,218.17 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,218.20 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,193.20 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,193.23 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,168.23 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,168.26 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,143.26 |
| 12/05/11 | 7 | Klein Stoddard Buck Waller & Lewis LLC<br>2045 Aberdeen Court<br>Sycamore, IL  60178 | Compromise<br>DEPOSIT CHECK #71978 | 1241-000 | 750.00 | | 4,893.26 |
| 12/08/11 | 7 | Agustina E. Lopez<br>209 Vernon Dri<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1029 | 1241-000 | 250.00 | | 5,143.26 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 5,143.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,118.29 |
| 01/11/12 | 7 | Agustina E. Lopez<br>208 Vernon Drive<br>Bolingbrook, IL  60440-2422 | Compromise<br>DEPOSIT CHECK #1025 | 1241-000 | 250.00 | | 5,368.29 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,368.31 |
| 01/26/12 | | Transfer to Acct #*******3010 | Bank Funds Transfer | 9999-000 | | 5,368.31 | 0.00 |

Page Subtotals      1,750.16      5,500.50

Ver: 18.00a

Page: 4

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3365  Money Market Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 06/24/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,500.50 | 5,500.50 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 5,368.31 | |
| | | | Subtotal | | 5,500.50 | 132.19 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,500.50 | 132.19 | |

Page Subtotals     0.00     0.00

Ver: 18.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4812 Checking Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 06/24/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 10,309.71 | | 10,309.71 |
| 04/10/14 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 757.74 | 9,551.97 |
| | | | Fees            742.98 | 2100-000 | | | |
| | | | Expenses         14.76 | 2200-000 | | | |
| 04/10/14 | 005002 | BRADLEY J WALLER<br>85 TIGERT LANE<br>DEKALB, IL 60115 | Other Chapter 7 Administrative Expe | 2990-000 | | 800.00 | 8,751.97 |
| 04/10/14 | 005003 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 102.69493% | | | 4,000.44 | 4,751.53 |
| | | | Claim         3,895.46 | 7100-000 | | | |
| | | | Interest        104.98 | 7990-000 | | | |
| 04/10/14 | 005004 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 102.69482% | | | 334.59 | 4,416.94 |
| | | | Claim           325.81 | 7100-000 | | | |
| | | | Interest          8.78 | 7990-000 | | | |
| 04/10/14 | 005005 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 102.69478% | | | 1,075.43 | 3,341.51 |
| | | | Claim         1,047.21 | 7100-000 | | | |
| | | | Interest         28.22 | 7990-000 | | | |
| 04/10/14 | 005006 | Midland Funding LLC<br>c/o Recovery Management Systems Corporat | Claim 000004, Payment 102.69528% | | | 770.80 | 2,570.71 |

Page Subtotals        10,309.71        7,739.00

Ver: 18.00a

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******4812 Checking Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 06/24/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/14 | 005007 | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br><br>AGUSTINA E LOPEZ<br>209 VERNON DRIVE<br>BOLINGBROOK, IL 60440 | Claim 750.57<br>Interest 20.23<br>Surplus Funds | 7100-000<br>7990-000<br>8200-002 | | 2,570.71 | 0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | 10,309.71 | 10,309.71 | 0.00 |
| | Less: Bank Transfers/CD's | 10,309.71 | 0.00 | |
| | Subtotal | 0.00 | 10,309.71 | |
| | Less: Payments to Debtors | | 2,570.71 | |
| | Net | 0.00 | 7,739.00 | |

Page Subtotals    0.00    2,570.71

Ver: 18.00a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-12681 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3010  Checking Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 06/24/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******3365 | Bank Funds Transfer | 9999-000 | 5,368.31 | | 5,368.31 |
| 02/03/12 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | | 1241-000 | 250.00 | | 5,618.31 |
| 03/01/12 | 7 | Agustina E Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | | 1241-000 | 250.00 | | 5,868.31 |
| 03/27/12 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | | 1241-000 | 250.00 | | 6,118.31 |
| 04/27/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 6,368.31 |
| 05/30/12 | 7 | Agustina E. Lopez | | 1241-000 | 250.00 | | 6,618.31 |
| 06/28/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 6,868.31 |
| 07/30/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 7,118.31 |
| 08/29/12 | 7 | Agustina E. Lopez | | 1241-000 | 250.00 | | 7,368.31 |
| 09/27/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 7,618.31 |
| 10/30/12 | 7 | Agustina E. Lopez<br>209 Vernon Drive<br>Bolingbrook, IL  60440-2422 | | 1241-000 | 250.00 | | 7,868.31 |
| 11/29/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 8,118.31 |
| 12/31/12 | 7 | Agustina E Lopez | | 1241-000 | 250.00 | | 8,368.31 |
| 01/22/13 | 001001 | Peter Metrou, Bankruptcy Trustee<br>Estate of Augustina E. Lopez<br>123 W. Washington Street, Suite 216<br>Oswego, IL 60543 | | 9999-000 | | 8,368.31 | 0.00 |
| | | | | Page Subtotals | 8,368.31 | 8,368.31 | |

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 8

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-12681 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3010  Checking Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 06/24/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,368.31 | 8,368.31 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 5,368.31 | 8,368.31 | |
| | | | Subtotal | | 3,000.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,000.00 | 0.00 | |

Page Subtotals        0.00        0.00

Ver: 18.00a

FORM 2

Page: 9
Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-12681 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9793 Checking Account |
| Taxpayer ID No: | *******6156 | | | |
| For Period Ending: | 06/24/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Bradley J. Waller, Trustee | | 9999-000 | 8,368.31 | | 8,368.31 |
| 02/04/13 | 7 | Agustina E. Lopez<br>209 Vernon Dr.<br>Bolingbrook, IL 60440-2422 | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 8,618.31 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND#016026455 | 2300-000 | | 8.19 | 8,610.12 |
| 03/06/13 | 7 | Agustine E. Lopez<br>209 Vernon Dr.<br>Bolingbrook, IL 604440-2422 | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 8,860.12 |
| 04/01/13 | 7 | LOPEZ, AGUSTINA E. | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,110.12 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 10.00 | 9,100.12 |
| 04/29/13 | 7 | AGUSTINA LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,350.12 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 10.00 | 9,340.12 |
| 05/23/13 | 7 | AGUSTINA E. LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,590.12 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 10.00 | 9,580.12 |
| 07/01/13 | 7 | AUGUSTINA E. LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 9,830.12 |
| 07/21/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | 10.00 | 9,820.12 |
| 07/30/13 | 7 | AGUSTINA E. LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 10,070.12 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 7/13 | 2600-000 | | 10.41 | 10,059.71 |
| 08/29/13 | 7 | AGUSTINE E LOPEZ | SETTLEMENT FUNDS | 1241-000 | 250.00 | | 10,309.71 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 10,309.71 | 0.00 |

Page Subtotals    10,368.31    10,368.31

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-12681 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | LOPEZ, AGUSTINA E | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9793  Checking Account |
| Taxpayer ID No: | *******6156 | | |
| For Period Ending: | 06/24/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,368.31 | 10,368.31 | 0.00 |
| Less:  Bank Transfers/CD's | 8,368.31 | 10,309.71 | |
| Subtotal | 2,000.00 | 58.60 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,000.00 | 58.60 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********3365 | 5,500.50 | 132.19 | 0.00 |
| Checking Account - ********4812 | 0.00 | 7,739.00 | 0.00 |
| Checking Account - ********3010 | 3,000.00 | 0.00 | 0.00 |
| Checking Account - ********9793 | 2,000.00 | 58.60 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,500.50 | 7,929.79 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*